FILED
2021 Jun-25  AM 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF
# ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| Leslie Castro-Alcina, | ) | |
| | ) | |
| Plaintiff. | ) | Civil Action No.: |
| | ) | |
| vs. | ) | JURY TRIAL DEMANDED |
| | ) | |
| AL EWC, LLC | ) | |
| d/b/a European Wax Center | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, Leslie Castro-Alcina, ("Plaintiff") by and through her undersigned counsel, and hereby files this Complaint against AL EWC, LLC., d/b/a European Wax Center, LLC., ("Defendant") and seeks redress for discrimination. Plaintiff has been discriminated against by the Defendant on account of Plaintiff's disability in violation of the Americans with Disabilities Act, **Title III 42 U.S.C. § 12181** *et seq*., and any other cause(s) of action that can be inferred from the facts set forth herein and states the follows:

## JURISDICTION AND VENUE

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C . § 1331 because this action arises under the laws of the United States, 42 U.S.C. § 12181 because the action arises under the ADA.

2. The unlawful acts alleged herein took place within the Southern Division of the Northern District of Alabama.

3. Venue is proper in this Court, The United States District Court for the Northern District of Alabama, pursuant to Title 28, U.S.C. § 1391 and the Local Rules of the United States District Court for the Northern District of Alabama.

## PARTIES

4. Plaintiff Leslie Castro-Alcina is domiciled in the State of Alabama.

5. The Defendant AL EWC, LLC., d/b/a European Wax Center is a limited liability company doing business at 250 Doug Baker Blvd Birmingham, AL 35242.

## GENERAL FACTS

6. On or about June 16, 2020 Plaintiff was a customer at European Wax Center located at 250 Douglas Baker Blvd. in Birmingham, AL 35242.

7.  Plaintiff attempted to gain access to Defendant's business with her service animal.

8.  She was denied access.

## COUNT I

## Violation of The Americans With Disabilities Act, Title III

## 42 U.S.C. § 12181 et seq.

9.  Plaintiff repeats and realleges paragraphs 1-8 as if set forth in full herein.

10. Plaintiff is a qualified individual with a disability which affects major life activities.

11. On July 26, 1990, Congress enacted the ADA explaining that the purpose of the ADA was to provide a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities and to provide clear, strong, consistent, enforceable standards addressing said discrimination.

12. On or about March 15, 2012 regulations implementing Title III of the ADA took effect, imposing significant obligations on public accommodations relating to permitting the use of service animals by individuals with disabilities.

13. Specifically, public accommodations are required to modify policies to permit the use of a service animal by an individual with service animals.

14. Plaintiff is an individual with a qualifying disability.

15. Plaintiff requires the use of a service dog due to her disability.

16. On or about June 16, 2020 Plaintiff was a customer at European Wax Center.

17. Plaintiff was denied access to Defendant's location.

18. The reason given for the denial was that Plaintiff had an animal with her.

19. The animal Plaintiff had was a service animal.

20. By the Defendant's refusal to allow Plaintiff and her service animal into its place of public accommodation, the Defendant has violated Title III of the ADA in numerous ways.

21. The Defendant failed to maintain policies and procedures to ensure compliance with Title III of the ADA, specifically polices that provide equal access to individuals with disabilities and service animals.

22. The Defendant harassed and argued with the Plaintiff regarding a non-existent requirement that Plaintiff provide identification for her service animal in violation of 28 C.F.R. § 36.302(c).

WHEREFORE, Plaintiff prays that this Honorable Court will:

a. Issue a declaratory judgment, declaring the defendants past practices herein to be unlawful.

b. Order Defendant to institute and carry out polices, practices, and programs providing that the Defendant and its staff permit disabled persons accompanied by their service animals to be allowed entry and use of its facility

and to not discriminate against individuals who are disabled and use service animals.

c.  Order the Defendant to provide signage both inside and at the front door of the Defendant's store stating "Service Animals Are Welcome" in order to ensure compliance of all Defendant's representatives and to ensure individuals who are disabled and who use service animals are well informed to the Defendant's compliance with federal laws.

d.  Award reasonable costs and attorney's fees pursuant to 42 U.S.C. § 12205.

e.   Grant such further relief as the Court deems necessary and proper.

<u>**DEMAND FOR JURY TRIAL**</u>

The Plaintiff demands trial by jury.

Respectfully submitted,

*/s/ Ray Foushee*
Raymond Foushee
ASB-9344-X13G
*Attorney for Plaintiff*

*/s/Jeremy Schatz*
D. Jeremy Schatz
ASB-2400-H34Y
*Attorney for Plaintiff*

<u>OF COUNSEL:</u>
Virtus Law Group
100 41st Street South, Suite A

Birmingham, AL 35222
js@vlgal.com
rf@vlgal.com

## <u>CLERK: PLEASE SERVE VIA CERTIFIED MAIL:</u>

AL EWC, LLC, d/b/a European Wax Center
C/O Michael Brooks
270 Doug Baker Blvd.
Ste 700-274
Birmingham, AL 35242